**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | | |
|---|---|---|
| **JOHN G. BOUCHER,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION  NO._____** |
| | ) | |
| **HARTFORD LIFE AND ACCIDENT** | ) | |
| **INSURANCE CO.,** | ) | |
| | ) | |
| **Defendant** | ) | |

**COMPLAINT**

**<u>JURISDICTION</u>**

1. This Court has subject matter jurisdiction pursuant to 29 USC §1451(l) AND (2) (c) and other provisions of the Employee Retirement Income Security Act of 1974, as amended "ERISA", 29 USC §1001.

**<u>IDENTITY OF THE PARTIES AND FACTS OF THE CASE</u>**

2. The Plaintiff, John G. Boucher, is a resident of Richmond, Maine.

3. The Defendant is Hartford Life and Accident Insurance Co., hereinafter, "The Hartford". The Defendant is a subsidiary of The Hartford Financial Services Group, Inc.. The Hartford is a financial service and insurance company licensed in all 50 states and the District of Columbia. The Defendant is based in Hartford Connecticut.

4. In 2005 The Hartford issued a "welfare benefit plan providing group short-term disability and long-term disability", hereinafter "plan" to all active employees of the

Union Workers Benefits Trust. The Union Workers Benefits Trust covered all full and part-time members of Local S6 of the International Association of Machinists and Aerospace Workers (hereinafter Local S6) at Bath Iron Works Corp. in Bath Maine. The plan remained in effect in 2013.

5. The plan is an employee benefit plan within the meaning of §1002(3) of the Employee's Retirement Income Security Act of 1974, as amended, ("ERISA") 29 USC §1002(3).

6. The Defendant, The Hartford, is a plan administrator within the meaning of §3(16)(B) of ERISA. The Hartford is the sole plan administrator of a long-term disability plan issued to all active employees of the Union Workers Benefits trust covering employees of the Bath Iron Works.

7. At all relevant times referenced in the complaint the Plaintiff was an active employee of Bath Iron Works Corp. and a member of Local S6.  Thus he was covered by the Union Workers Benefits Trust in 2013.

8. As an employee of Bath Iron Works Corp and the Union Workers Benefits Trust, the Plaintiff was covered by The Hartford long-term disability plan.

9. As the Plan Administrator, The Hartford is a fiduciary within the meaning of §3 (21)(A) of ERISA, 29 USC §1002 (21)(A). The Disability insurance plan provides payment of disability benefits if the employee becomes disabled from work.

10. Mr. Boucher is a high school graduate. He started working at Bath Iron Works Corp. (BIW) in 1978. He worked primarily as a rigger. This was very physical work. It involved heavy lifting, climbing, bending and standing for long periods of time.

11.    Unfortunately Mr. Boucher struggled with a number of physical ailments including Psoriatic Arthritis and Osteo-arthritis, Degenerative Joint Disease, A-Fib and Diabetes Mellitis. He struggled with back and hip pain.

12.    As a result of these physical ailments, Mr. Boucher was forced to leave work on August 13, 2013.  He was never able to return to BIW.

13.    After leaving work Mr. Boucher was paid short-term disability benefits. He then was ` placed on Long-Term Disability under The Hartford plan in August of 2014.

14.    In August of 2016 on the second anniversary of the award of Long-Term Disability Benefits, the definition of disability was changed from "own occupation" to "any occupation". The Hartford continued to pay Long-Term Disability benefits.

15.    In 2018 The Hartford sent Mr. Boucher for a medical evaluation with Peter Esponnette, M.D.. The doctor determined that Mr. Boucher had a "sedentary" work capacity. However, the treating providers, Stephanie Gartner-Fanburg, M.D. and Roy Nakamura, M.D. both indicated that Mr. Boucher had no meaningful work capacity.

16.    On the basis of Dr. Esponnette's report The Hartford suspended Mr. Boucher's Long-Term Disability benefits as of July 9, 2018.

17.    Mr. Boucher filed an appeal on September 4, 2018. A decision on appeal was issued on October 25, 2018. The denial of benefits was upheld.

18.    All administrative remedies have been exhausted.

19. At the time of the denial of benefits the medical evidence confirmed that Mr. Boucher struggled with swelling in his hands and feet. He could not sit or stand very long.

20. Mr. Boucher was under active medical care with Stephanie Gartner-Fanberg, M.D.. Dr. Gartner-Fanberg consistently indicated that Mr. Boucher could not work at all.

21. Mr. Boucher was found totally disabled by the Social Security Administration.

22. Boucher is expected to remain totally disabled for the rest of his life.

23. His disability is not attributable to military service.

24. The Plaintiff has exhausted the remedies available to him under the long-term disability plan.

## COUNT I

25. The Plaintiff re-alleges and hereby incorporates by reference paragraphs numbers 1 through 23 as set forth in the Complaint herein.

26. The Plaintiff is totally disabled within the meaning of the long-term disability plan.

27. The Defendant's denial of disability benefits to the Plaintiff violated his rights under the Plan.

28. THE HARTFORD breached its fiduciary duty to Mr. Boucher and violated 29 USC §1002 et. al. (ERISA) by denying disability benefits and failing to conform the plan as written.

29. The Plaintiff, as a Plan Participant, is entitled to the following relief:

**WHEREFORE**, Plaintiff demands that this Court:

    a.    Enforce the Plan as written;

b.      Direct The Hartford to approve the Plaintiff's claim for benefits and to pay the Plaintiff such benefits;

c.      Award Plaintiff attorney fees, expenses, pre-judgment interest and costs, and;

d.      Award such other relief as the Court deems just and proper.

DATED AT Topsham, Maine this 4th day of August, 2021.

___/s/ Kevin M. Noonan_____
Kevin M. Noonan, Esq.
Attorney for Plaintiff
Maine Bar ID 3364

**MCTEAGUE, HIGBEE, CASE,**
**COHEN, WHITNEY & TOKER, P.A.**
**Four Union Park - P.O. Box 5000**
**Topsham, ME 04086-5000**
**(207) 725-5581**
e-mail:  knoonan@mcteaguehigbee.com